IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HUTTO INDEPENDENT SCHOOL DISTRICT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONNIE MOORE, and CHRISTOPHER )<br>SCHULTZ, and CIRKIEL AND ASSOCIATES, )<br>P.C. )<br>Defendants. | Civil Action No. 1:13-CV-00055-LY |

**DEFENDANTS CIRKIEL & ASSOCIATES, P.C. AND CHRISTOPHER SCHULTZ'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

COME NOW Defendants Christopher Schultz and Cirkiel and Associates, P.C. ("Defendants") and hereby respectfully request an extension of time up to and including March 27, 2013, to answer or otherwise plead in response to Plaintiff's Original Complaint in the above-captioned matter. In support thereof, Defendants would show as follows:

1.   Defendants Christopher Schultz and Cirkiel and Associates, P.C. were served with this lawsuit on February 5, 2013, making their respective Answers to Plaintiff's Original Complaint currently due on February 25, 2013. Defendants are seeking a thirty (30) day extension of time, from the current deadline date, to answer or otherwise plead in response to Plaintiff's Original Complaint. If granted, Defendants' new answer deadline would be March 27, 2013.

2.   Undersigned counsel were retained on or about February 20, 2013, and have not had an opportunity to fully analyze, *inter alia*, the potential grounds for dismissal of this action under TRCP 12(b), if any.

1

3. No previous requests for extensions of time have been made.

4. This motion is not made for unnecessary purposes or to delay the proceedings in this matter.

5. Counsel for the parties have conferred and this motion as well as the relief requested herein are unopposed by Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendants Christopher Schultz and Cirkiel and Associates, P.C. respectfully request the Court extend their deadline to answer or otherwise plead in response to Plaintiff's Original Complaint up to and including March 27, 2013. Defendants additionally pray for such further relief to which they may be entitled either at law or in equity.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: __/s/ Michael B. Johnson_____
 Jeff D. Otto
 State Bar No. 15345500
 Michael B. Johnson
 State Bar No. 24029639

701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 708-8200
Telecopy: (512) 708-8777

**ATTORNEYS FOR DEFENDANTS CHRISTOPHER SCHULTZ AND CIRKIEL & ASSOCIATES, P.C.**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff Hutto ISD has been contacted concerning the merits of this motion, and Plaintiff is not opposed.

/s/ Michael B. Johnson

## CERTIFICATE OF SERVICE

This is to certify that on February 22, 2013, a true and correct copy of the foregoing was served via electronic transmission through the court's ECF system upon the counsel of record below:

Heather R. Rutland
Abraham F. Barker
HENSLEE SCHWARTZ, LLP
816 Congress, Suite 800
Austin, Texas  78701-2443

/s/ Michael B. Johnson