IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HUTTO INDEPENDENT SCHOOL DISTRICT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:13-CV-00055-LY ) ) |
| RONNIE MOORE, and CHRISTOPHER SCHULTZ, and CIRKIEL AND ASSOCIATES, P.C. | ) ) ) ) |
| Defendants. | |

FILED
2013 FEB 26 AM 10: 44
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

On this date came to be considered Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint in the above-captioned matter. The Court, having considered the Motion and considering that Plaintiff is UNOPPOSED to the Motion, it is of the opinion that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint is GRANTED and the deadline for Defendants Christopher Schultz and Cirkiel and Associates, P.C. to answer or otherwise plead in response to Plaintiff's Original Complaint is hereby extended until and including March 27, 2013.

SIGNED this _____ day of _____, 2013.

_____
HONORABLE LEE YEAKEL, U.S.D.J.